PROB 12C
(6/16)

Report Date:  July 8, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 22, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Giovanni Kinsey                    Case Number: 0980 4:20CR06029-SAB-8

Address of Offender: ███████████ Pasco, Washington 99301

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 23, 2022

| | |
|---|---|
| Original Offense: | Conspiracy to Provide Prohibited Objects to an Inmate of a Prison, 18 U.S.C. § 371 |
| Original Sentence: | Prison 326 days;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: June 23, 2022 |
| Defense Attorney: | Mike W. Lynch | Date Supervision Expires: June 22, 2025 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.<br><br>**Supporting Evidence**: Mr. Kinsey is alleged to have violated his condition of supervised release by failing to report to the probation office by 4pm on July 6, 2022, as previously directed.<br><br>Mr. Kinsey's conditions were reviewed with him on June 27, 2022. He signed his judgment acknowledging an understanding of his conditions which includes standard condition number 2, as noted above.<br><br>On June 29, 2022, Mr. Kinsey reported to the probation office as previously directed to finish his intake. Due to his lack of stable housing and working phone number, he was directed to report to the probation office every Wednesday by 4 p.m. He was provided this officer's business card to include noting his next report date of July 6, 2022, by 4 p.m. on the back of the card. |

Prob12C
**Re: Kinsey, Giovanni**
**July 8, 2022**
**Page 2**

On July 6, 2022, Mr. Kinsey failed to show up as directed. He was also scheduled to check in with the Washington State Department of Corrections (DOC) this same day. His DOC officer stated Mr. Kinsey did not show up as required. A voice message was left for him on his aunt's phone; however, the likelihood of him getting the message is unknown.

Based on Mr. Kinsey not having a reliable phone number and admitting to only staying at his aunt's house on occasion, his whereabout is currently unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   07/08/2022

s/Megan Rasmussen

Megan Rasmussen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/22/2022

Date