PROB 12C
(6/16)

Report Date: September 22, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 23, 2022**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Giovanni Kinsey                Case Number: 0980 4:20CR06029-SAB-8

Address of Offender: Transient

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 23, 2022

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Provide Prohibited Objects to an Inmate of a Prison, 18 U.S.C. § 371 | |
| Original Sentence: | Prison - 326 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Judgment (09/09/2022) | Prison - 21 days; TSR - 33 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: September 9, 2022 |
| Defense Attorney: | Mike Lynch | Date Supervision Expires: June 8, 2025 |

## PETITIONING THE COURT

To issue a warrant.

Mr. Kinsey's conditions were reviewed with him on June 27, 2022. He signed his judgement acknowledging an understanding of his supervised release conditions. His revocation judgement conditions were reviewed with him on September 12, 2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Kinsey is alleged to have violated his condition of supervised release by failing to report to the probation office by 4p.m. on September 19, 2022, as previously directed. |
| | On September 12, 2022, Mr. Kinsey reported to the probation office as previously directed after his release from Yakima County Jail. Due to his lack of stable housing, he was directed to report every Monday by 4p.m. He was provided with this officer's business card to include noting his next report date of September 19, 2022, by 4p.m. on the back of the card. |

Case 4:20-cr-06029-SAB    ECF No. 496    filed 09/23/22    PageID.2495    Page 2 of 3

Prob12C
Re: Kinsey, Giovanni
September 22, 2022
Page 2

On September 19, 2022, Mr. Kinsey failed to show up as directed. Mr. Kinsey had been communicating with this officer by text message the week before and this officer reached out on September 20, 2022, to inquire about his missed appointment. Mr. Kinsey never responded. A voice message was also left for him on his aunt's phone. Mr. Kinsey's Washington State Department of Corrections (DOC) officer advised that he missed his check in with her on September 21, 2022, as well. A DOC warrant has been issued.

The last contact this officer had with Mr. Kinsey was by text message on September 17, 2022. Based on Mr. Kinsey not having a stable residence and not returning this officer's attempts to contact him, his whereabouts is unknown.

2   **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Kinsey is alleged to have violated his condition of supervised release by not completing a substance abuse evaluation as of September 22, 2022.

On September 12, 2022, Mr. Kinsey reported to the probation officer and advised that he has an appointment to complete his substance abuse evaluation with Merit Resource Services (Merit) on September 13, 2022. Mr. Kinsey did not make the appointment and shared that he got mixed up on the day he was scheduled to go. This officer directed him to complete the evaluation by September 16, 2022.

On September 16, 2022, this officer spoke with Mr. Kinsey and he stated he was unable to complete the evaluation due to not having a ride to Merit the day before. The next opportunity to complete the evaluation was September 20, 2022, and he was directed to report to Merit that day.

Mr. Kinsey failed to complete the evaluation as of September 22, 2022. This was confirmed by Merit staff.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 22, 2022

s/Megan Rasmussen

Megan Rasmussen
U.S. Probation Officer

Prob12C
**Re: Kinsey, Giovanni**
**September 22, 2022**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

    09/23/2022
_____
Date