PROB 12C
(6/16)

Report Date: May 12, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 12, 2023
SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Giovanni Kinsey | Case Number: | 0980 4:20CR06029-SAB-8 |

Address of Offender: Transient

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 23, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Provide Prohibited Objects to an Inmate of a Prison, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison - 326 days; TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (09/09/2022) | Prison - 21 days; TSR - 33 months | | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | 09/09/2022 |
| Defense Attorney: | Mike Lynch | Date Supervision Expires: | Tolling |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/22/2022. A warrant was previously issued on 9/23/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Giovanni Kinsey is considered in violation of his term of supervised release by unlawfully possessing methamphetamine with intent to deliver, on or about January 7, 2023. |
| | According to the probable cause affidavit filed for Franklin County Superior Court case 23-1-50013-11, Pasco Police Department (PPD) officers were dispatched to a disturbance call at the Tahitian Inn at 2724 West Lewis Street in room 169. When officers attempted to contact the occupants of the room, a male, later identified as Giovanni Kinsey, was seen attempting to flee out the back window of the room. He was contacted and PPD confirmed he had a Washington State Department of Corrections (DOC) warrant. He was detained and pat searched. He was found with a black handbag stuffed in the left sleeve of his jacket. Inside the bag was a jar filled with a white crystal substance suspected to be methamphetamine. The bag also contained three small additional clear baggies with white |

Prob12C
**Re: Kinsey, Giovanni**
May 12, 2023
Page 2

crystal substance in each one. The substance field tested positive for methamphetamine. A silver cylindrical container also contained 81 round blue pills with the marking "M" on them, suspected to be street fentanyl pills. A small red scale was also in the handbag. Based on the amount of methamphetamine, multiple baggies, fentanyl pills, and the scale with residue, probable cause was established to charge Mr. Kinsey with Possession with Intent to Distribute, a violation of Revised Code of Washington 69.50.401(1), (2)(a); a class B felony.

Mr. Kinsey was subsequently booked into the Franklin County Jail on the new charge and his outstanding DOC warrant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 12, 2023

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

5/12/2023
Date