PROB 12C
(6/16)

Report Date: January 4, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2024

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Giovanni Kinsey | Case Number: 0980 4:20CR06029-SAB-8 |

Address of Offender: Transient

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 23, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Provide Prohibited Objects to an Inmate of a Prison, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison - 326 days; TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence: (09/09/2022) | Prison - 21 days; TSR - 33 months | | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: 09/09/2022 | |
| Defense Attorney: | Mike Lynch | Date Supervision Expires: Tolling | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/22/2022 and 05/12/2023. A warrant was previously issued on 09/23/2022.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Giovanni Kinsey is considered in violation of his term of supervised release by committing the crime of unlawful possession of a controlled substance, on or about January 7, 2023. *(This is to replace violation #3)*. |
| | According to the probable cause affidavit filed for Franklin County Superior Court case 23-1-50013-11, Pasco Police Department (PPD) officers were dispatched to a disturbance call at the Tahitian Inn at 2724 West Lewis Street in room 169. When officers attempted to contact the occupants of the room, a male, later identified as Giovanni Kinsey, was seen attempting to flee out the back window of the room. He was contacted and PPD confirmed he had a Washington State Department of Corrections (DOC) warrant. He was detained and pat searched. He was found with a black handbag stuffed in the left sleeve of his jacket. Inside the bag was a jar filled with a white crystal substance suspected to be methamphetamine. The bag also contained three small additional clear baggies with white |

Prob12C
Re: Kinsey, Giovanni
January 4, 2024
Page 2

crystal substance in each one. The substance field tested positive for methamphetamine. A silver cylindrical container also contained 81 round blue pills with the marking "M" on them, suspected to be street fentanyl pills. A small red scale was also in the handbag.

Based on the amount of methamphetamine, multiple baggies, fentanyl pills, and the scale with residue, probable cause was established to charge Mr. Kinsey with Possession with Intent to Distribute, a violation of Revised Code of Washington 69.50.401(1), (2)(a); a class B felony. Mr. Kinsey was subsequently booked into the Franklin County Jail on the new charge and his outstanding DOC warrant.

On November 20, 2023, Mr. Kinsey pled guilty to an amended charge of Possession of a Controlled Substance, a misdemeanor violation of Revised Code of Washington 69.50.4013. In his guilty plea, he stated, "On January 7, 2023, in Franklin County Washington I knowingly possessed the controlled substance methamphetamine without lawful prescription." On November 21, 2023, he received a sentence of 90 days jail with 89 days suspended.

5    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Giovanni Kinsey is considered in violation of his term of supervised release by committing the crime of assault, on or about November 21, 2023.

According to the probable cause affidavit filed for Franklin County Superior Court case 23-1-50465-11, on November 21, 2023, an assault of an inmate by another inmate was reported to have occurred at the Franklin County Jail. According to the jail staff, the victim, A.A., was assaulted by Giovanni Kinsey at approximately 8a.m. that day. A.A. sustained cuts on the upper and lower rights side of his lip. He was transported to a local hospital and required one stitch on the upper right corner of his lip and seven stitches on the bottom right side of his lip.

A.A. advised while he was waiting in front of the classroom/library for other inmates and staff, a group of inmates, including Mr. Kinsey, was brought to the same area. Without warning, Mr. Kinsey struck A.A. in the face with a closed fist, striking his lip and caused it to start bleeding. Corrections staff immediately detained Mr. Kinsey.

A video recording of the incident was obtained by the investigating officer. Per the probable cause affidavit, in the video, Mr. Kinsey is seen striking A.A. on the right side with his left hand, and then hitting him a second time with his right hand, landing it on A.A.'s left shoulder.

Mr. Kinsey is currently charged with Third Degree Assault - Bodily Harm Substantial Pain, in violation of Revised Code of Washington 9A.36.031(1)(f).

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
**Re: Kinsey, Giovanni**
**January 4, 2024**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 4, 2024

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/5/2024
Date