PROB 12C
(6/16)

Report Date: September 19, 2025

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 19, 2025

SEAN F. McAVOY, CLERK
ECF No. 551

| | |
|---|---|
| Name of Offender: Giovanni Kinsey | Case Number: 0980 4:20CR06029-SAB-8 |
| Address of Offender: ▆▆▆▆▆▆ Pasco, Washington | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: June 23, 2022

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Provide Prohibited Objects to an Inmate of a Prison, 18 U.S.C. § 371 | | |
| Original Sentence: | Prison - Time Served (326 days); TSR - 36 months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (09/09/2022) | Prison - Time Served (21 days); TSR - 33 months | | |
| Revocation Sentence: (05/08/2024) | Prison - Time Served (55 days); TSR - 32 months | | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: | May 14, 2024 |
| Defense Attorney: | Jennifer R. Barnes | Date Supervision Expires: | January 13, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On June 20, 2024, Mr. Kinsey's conditions of supervised release were reviewed by a probation officer, and he signed said conditions acknowledging an understanding of his requirements. Conditions of supervision were again reviewed with Mr. Kinsey on July 7, 2025, after his return to supervision in the Eastern District of Washington.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Kinsey is considered to be in violation of his supervised release by consuming methamphetamine on or about September 11, and 12, 2025. |
| | During an office appointment on September 16, 2025, Mr. Kinsey submitted a urinalysis that was presumptive positive for methamphetamine. He subsequently admitted to having consumed methamphetamine on September 11, and 12, 2025, as evidenced by a written |

Prob12C
Re: Kinsey, Giovanni
September 19, 2025
Page 2

    admission form. The sample was also sent to the laboratory for confirmation, but a response has yet to be received as of this writing.

2    **Special Condition # 6**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

    **Supporting Evidence**: Mr. Kinsey is considered to be in violation of his supervised release by consuming alcohol on or about September 14, 2025.

    During an office appointment on September 16, 2025, Mr. Kinsey submitted a urinalysis that was presumptive positive for alcohol. He subsequently admitted to having consumed beer on September 14, 2025, as evidenced by a written admission form. The sample was also sent to the laboratory for confirmation, but a response has yet to be received as of this writing.

3    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

    **Supporting Evidence**: Mr. Kinsey is considered to be in violation of his supervised release by incurring a new criminal charge of driving while license suspended in Pasco Municipal Court, docket 5A0786117-PAD-CT, on or about September 17, 2025.

    According to the Pasco Police Department officer's report filed in this matter, on September 17, 2025, Mr. Kinsey was stopped by the officer after making an abrupt turn without proper signaling, in addition to having a brake light out. It was later learned that the vehicle's registration was expired as well. A check of Mr. Kinsey's record indicated his license was suspended in the third degree. Mr. Kinsey was subsequently detained and booked into the Franklin County Corrections Center. He was also cited for traffic infractions: failure to renew registration and operating a vehicle with defective equipment in Pasco Municipal Court, docket 5A0786118-PAD-IT.

4    **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

    **Supporting Evidence**: Mr. Kinsey is considered to be in violation of his supervised release by possessing a controlled substance, namely fentanyl, on or about September 17, 2025.

    During the traffic stop described in the supporting evidence for violation 3, a canine unit was ran on Mr. Kinsey's vehicle. The dog alerted to the presence of controlled substances, and the car was secured, towed, pending a search warrant. Pasco Police Department Detective Vargas later informed the undersigned the search warrant was obtained and when executed on the vehicle, a large black scale with powder residue was located, and the powder field tested positive for fentanyl. Detective Vargas provided images of the scale and positive fentanyl test to the undersigned.

5    **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

Prob12C
Re: Kinsey, Giovanni
September 19, 2025
Page 3

**Supporting Evidence**: Mr. Kinsey is considered to be in violation of his supervised release by failing to report a change in his living arrangements on or about September 17, 2025.

On September 17, 2025, while investigating the traffic violations and vehicle search of Mr. Kinsey's car, Detective Vargas with the Pasco Police Department informed the undersigned that Mr. Kinsey was known to be residing at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in Pasco, Washington. This information was supported by statements made to investigators by Mr. Kinsey's significant other as well as the apartment manager, who both indicated Mr. Kinsey was staying at the above-noted address. Mr. Kinsey's declared address is ▓▓▓▓▓▓▓▓▓▓ Pasco, Washington. On September 16, 2025, the undersigned questioned Mr. Kinsey about his residence and he failed to declare the address on ▓▓▓▓▓▓ and maintained that he resided only at his reported residence.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 19, 2025

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stan Bastian*

Signature of Judicial Officer

9/19/2025
Date